FILED
2017 Feb-28  AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN LINDSEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NUMBER:** |
| ) | **2:15-cv-02353-AKK** |
| **EXPERIAN INFORMATION** ) | **JURY TRIAL DEMANDED** |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and *Fed. R. App. P.* 3(a)(1), Plaintiff Stephen Lindsey hereby gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's January 31, 2017 Order of Dismissal (Doc. 40, Memorandum Opinion Doc. 39).

/s/ Wilson F. Green
Attorney for Plaintiff

**OF COUNSEL:**
James E. Fleenor, Jr.
Wilson F. Green
**FLEENOR & GREEN LLP**
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406
(205) 722-1017 (Fleenor)
(205) 722-1018 (Green)
jfleenor@fleenorgreen.com
wgreen@fleenorgreen.com

W. Whitney Seals
**PATE & COCHRUN LLP**
P.O. Box 10448
Birmingham, AL 35202-0448
Phone: (205) 323-3900
whitney@plc-law.com

**CERTIFICATE OF SERVICE**

    The foregoing is being filed and served through the Court's CM-ECF case filing and management system, which shall effect service on all counsel of record.

                                      */s/ Wilson F. Green*
                                      Attorney for Plaintiff