UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

February 28, 2017

David J. Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303                    U.S.D.C. No.  2:15-cv-2353-AKK

                IN RE: Lindsey v. Experian

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt.

**X**      Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

**X**      First Notice of Appeal? YES

**X**      There was no hearing from which a transcript could be made.

**X**      The appellant docket fee has been paid:  YES   Date Paid:  2/28/17

**X**      The District Judge appealed from is: Abdul K. Kallon,

                Sharon Harris, Clerk

                By:   /s/ Susan Harper
                        Deputy Clerk